**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RICHARD STEVE HAMMOND,   )  Case No. ED CV 15-7819-DSF (SP)

              Petitioner,  )

           v.         )       **JUDGMENT**

R. MADDEN, Warden,      )

             Respondent.  )

_____)

     Pursuant to the Memorandum and Order Summarily Dismissing Petition,

     IT IS HEREBY ADJUDGED that the Petition is denied and this action is

dismissed without prejudice.

Dated: _12/15/15_____

                                  _____

                              HONORABLE DALE S. FISCHER
                              UNITED STATES DISTRICT JUDGE